Douglas R. Brown, Esq., NSB #7620
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, NV 89519
*drb@lge.net*
Telephone: (775) 786-6868
Facsimile: (775) 786-9716

FAEGRE BAKER DANIELS LLP
Jerome A. Miranowski, Esq.
*jerome.miranowski@FaegreBD.com*
Jane E. Maschka, Esq.
*Jane.maschka@FaegreBD.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Petitioner Leon Mark Kizer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Leon Mark Kizer,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>United States Environmental<br>Protection Agency,<br><br>　　　　Respondent. | Case No. 3:16-CV-00395-LRH-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** |

　　　According to Local Rule 26-1, the Parties must submit a stipulated discovery plan and scheduling order within 44 days of the filing of the Answer. The Parties have previously requested, and the Court has granted, an extension of the deadline five times to allow for a possible resolution in this matter: first to December 12, 2016, second to March 13, 2017, third to June 12, 2017, fourth to September 10, 2017, and fifth to December 11, 2017.

　　　Now, the Parties, by and through their respective counsel, have agreed and hereby stipulate pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rules IA 6-1, IA 6-2, 7-1, and 26-4 that the deadline for filing a stipulated discovery plan and scheduling order is

hereby extended 90 days to March 11, 2018.

This case involves an objection to a compliance order (the "Compliance Order") issued by the United States Environmental Protection Agency ("EPA"). Petitioner/Appellee Leon Mark Kizer and the Pine View Estates Homeowner's Association (the "HOA"), another party subject to the Compliance Order, have finalized a settlement agreement in a related matter, *Kizer v. PTP, Inc.*, Case No. 3:15-CV-00120-RCJ0WGC (D. Nev.). Per the agreement, the settlement was supposed to close by November 30, 2017. However, an issue has arisen that has stopped the settlement from closing. The parties to the settlement are now attempting to address that issue.

If the settlement closes in *Kizer v. PTP, Inc.*, the parties in the case anticipate lodging a consent decree in another related case, *Pine View Estates Homeowner's Assoc. v. EPA*, Case No. 3:16-CV-00402 (D. Nev.), relating to and addressing the Compliance Order and requesting that the Court approve and enter the consent decree. The consent decree will vacate the Compliance Order as to Kizer and will make the HOA solely responsible for the wastewater treatment system that is the subject of the Compliance Order. The approval and entry of the anticipated consent decree vacating the Compliance Order as to Kizer will moot this appeal.

To preserve judicial resources, the Parties in this case stipulate to extend the stipulated discovery order and scheduling order deadlines until March 11, 2018. The Parties will notify the Court if the settlement closes or if the Parties will proceed with this appeal.

Dated this 11th day of December, 2017.

| | |
|---|---|
| Faegre Baker Daniels LLP<br>*Attorneys for Petitioner* | Jeffrey H. Wood<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division<br>*Attorney for Respondent* |
| By: /s/ Jerome A. Miranowski<br> Jerome A. Miranowski<br> 2200 Wells Fargo Center<br> 90 South 7th Street<br> Minneapolis, MN 55402<br> (612) 766-7000<br> Jerome.miranowski@faegrebd.com | By: /s/ Michael C. Martinez<br> Michael C. Martinez (CA # 275581)<br> Environmental Defense Section<br> 601 D Street N.W., Suite 8000<br> Washington D.C. 20004<br> (202) 514-0135<br> Michael.C.Martinez@usdoj.gov |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2017.