**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Leon Mark Kizer, | Case No. 3:16-CV-00395-LRH-WGC |
| Petitioner, | **STIPULATION TO DISMISS APPEAL** |
| v. | **AND ORDER THEREON** |
| United States Environmental Protection Agency, | |
| Respondent. | |

Leon Mark Kizer has received the letter from the United States Environmental Protection Agency ("EPA") stating that it has amended the compliance order that is the subject of this case in order to withdraw it as to Mr. Kizer and remove him as a named respondent, thus ending Mr. Kizer's liability under the compliance order and any obligation to comply with the terms of the compliance order. As contemplated by the stipulation the Parties filed on December 4, 2018, (ECF NO. 31, ¶¶ D-E), the Parties, by and through their respective counsel, have agreed and hereby

stipulate to dismiss this appeal, Case No. 3:16-CV-00395-LRH-WGC, with prejudice and each Party to bear their own costs and attorney's fees.

Therefore, the Parties request that the Court enter an order pursuant to this stipulation and dismiss this action with prejudice.

Dated this 12th day of December, 2018.

| **FAEGRE BAKER DANIELS LLP** | **UNITED STATES DEPARTMENT OF JUSTICE** |
|---|---|
| *Attorneys for Petitioner* | *Attorney for Respondent* |
| By: */s/ Jerome A. Miranowski* | By: */s/Michael C. Martinez* |
| Jerome A. Miranowski<br>2200 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 766-7000<br>Email: *jerome.miranowski@faegrebd.com* | Michael C. Martinez (CA # 275581)<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D Street N.W., Suite 8000<br>Washington, D.C. 20004<br>Telephone: (202) 514-0135<br>Email: *michael.c.martinez@usdoj.gov* |

IT IS SO ORDERED

_____
THE HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 14th day of December, 2018.